UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

HELEN R.,

                Plaintiff,

v.                                             5:21-cv-0195
                                                      (ML)

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

_____

APPEARANCES:                                       OF COUNSEL:

LAW OFFICES OF KENNETH HILLER, PLLC     JUSTIN M. GOLDSTEIN, ESQ.
 Counsel for the Plaintiff
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue - Suite 1A
Amherst, New York 14226

SOCIAL SECURITY ADMINISTRATION          DANIEL S. TARABELLI, ESQ.
 Counsel for the Defendant                            Special Assistant United States
J.F.K. Federal Building                                    Attorney
15 New Sudbury Street
Boston, Massachusetts 02203

MIROSLAV LOVRIC, United States Magistrate Judge

## CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States

Attorney for the Northern District of New York, and Daniel Stice Tarabelli, Special Assistant

United States Attorney, attorneys for Defendant, for an Order remanding the within cause of

action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further

administrative action, including a hearing before an Administrative Law Judge and the issuance

of a new decision, may be taken; and Plaintiff, through counsel Justin M. Goldstein, having consented to the within order and the requested remand (Dkt. No. 17), and the Court having considered the matter,

IT IS on this 21st day of January, 2022,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: January 21, 2022
Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge